No. 767. VILES v. PRUDENTIAL INSURANCE CO. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 796. FARRELL v. MASSACHUSETTS. March 25, 1946. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

No. 844. ADAMS v. RAGEN, WARDEN. March 25, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 846. GIBILTERRA v. PARKER, WARDEN. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied. Petitioner *pro se*. *Robert Hyder* for respondent.

No. 847. IN RE WHISTLER. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 855. SIMMONS v. NIERSTHEIMER, WARDEN. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 856. RUSSO v. SHAW, DIRECTOR. March 25, 1946. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 858. NEELEY v. PARKER, WARDEN. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied. Petitioner *pro se*. *Robert Hyder* for respondent.